David Angeloff (SBN 272929)
*david@stalwartlaw.com*
Cindy Hickox (SBN 323016)
*cindy@stalwartlaw.com*
**STALWART LAW GROUP, APC**
8752 Holloway Drive
West Hollywood, CA 90069
Telephone: (310) 954-2000

Attorneys for Plaintiff,
RAVINDRAN ARIKAPUDI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINDRAN ARIKAPUDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WIPRO VLSI DESIGN SERVICES, LLC, a California limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-02453-NC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 5, 2023<br>Removal Date: May 19, 2023<br>Trial Date: October 7, 2024 |

1

**[PROPOSED] ORDER**

2   The stipulation is approved. The entire action, including all claims and
3   counterclaims stated herein against all parties, is hereby dismissed with prejudice.

4

5   Dated:  August 9, 2024



6

7   _____
8   HON. NATHANAEL M. COUSINS
9   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, D'Metria Bolden, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On **August 9, 2024**, I served a copy of the following document(s) described below on the interested parties in this action, as follows:

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

David Angeloff
Cindy Hickox
STALWART LAW GROUP, APC
8752 Holloway Drive
West Hollywood, CA 90069
Tel.: (310) 954-2000
Email: david@stalwartlaw.com
cindy@stalwartlaw.com
Josh Montoya - josh@stalwartlaw.com

Attorneys for Plaintiff,

RAVINDRAN ARIKAPUDI

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically served the documents on the date shown below to the e-mail addresses of the person listed above. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

Executed on **August 9, 2024**, at Los Angeles, California.

*/s/ D'Metria Bolden*
D'Metria Bolden